

# Fourth Court of Appeals
## San Antonio, Texas

January 21, 2020

No. 04-19-00844-CV

**IN THE INTEREST OF C.C.,**

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. DC-18-53
The Honorable Selina Nava Mireles, Judge Presiding

## O R D E R

This is an accelerated appeal of an order terminating the appellant's parental rights, which must be disposed of by this Court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. The reporter's record was due on December 9, 2019. On January 9, 2019, court reporter Katrina L. Gentry filed a reporter's record of the trial court's March 22, 2019 hearing. The trial court's judgment, however, indicates that it also held hearings related to its order of termination on May 24, 2019 and June 7, 2019. Ms. Gentry has informed this court that court reporter Ramiro Hernandez is the court reporter responsible for preparing the reporter's record for those dates.

We therefore ORDER Ramiro Hernandez to file the reporter's record on or before **January 31, 2020**.

Given the time constraints governing the disposition of this appeal, requests for extensions of time will be disfavored.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of January, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court